UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Universal Hospital Services, Inc.,

Plaintiff,

vs.

Christopher Crook,

Defendant.

File No. 01-CV-2035 JMR/FLN

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their respective counsel, that all claims of Plaintiff against the Defendant Christopher Crook, individually, be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any other party, and that the parties to this Stipulation may apply to the court pursuant to this Stipulation for an order directing that a judgment of dismissal be entered accordingly.

Larkin, Hoffman, Daly & Lingren, Ltd.

Dated: 3-6-02 By: [signature]

Bruce J. Douglas, Esq., #23966
Daniel J. Ballintine, Esq., #256584
Attorneys for Plaintiff
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington MN 55431-1194
(952) 835-3800

FILED
RICHARD D. SLETTEN, CLERK
MAR 11 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Lind, Jensen, Sullivan & Peterson
A Professional Association

Dated: 3/11/02 By: ______________________
Richard A. Lind #63381
Attorneys for Defendant
150 South Fifth Street
Suite 1700
Minneapolis MN 55402
(612) 333-3637

**ORDER OF DISMISSAL**

Upon the foregoing Stipulation of Dismissal With Prejudice, the Court Administrator is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, with prejudice on the merits and without costs or disbursements.

BY THE COURT:

Dated: ____________________

______________________________
Hon. James M. Rosenbaum
United States District Judge

Lind, Jensen, Sullivan & Peterson
A Professional Association

Dated: ____________________ By: ________________________________

Richard A. Lind #63381
Attorneys for Defendant
150 South Fifth Street
Suite 1700
Minneapolis MN 55402
(612) 333-3637

**ORDER OF DISMISSAL**

Upon the foregoing Stipulation of Dismissal With Prejudice, the Court Administrator is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, with prejudice on the merits and without costs or disbursements.

BY THE COURT:

Dated: March 8th 2002

Hon. James M. Rosenbaum
United States District Judge